SOUTH BAY COMPANY, Respondent, *v.* WILLIAM J. HOWEY, Appellant.

(Submitted January 27, 1908; decided January 31, 1908.)

Motion to amend remittitur denied, without costs. (See 190 N. Y. 240.)

---

ISAAC P. SMITH, as Executor of and Trustee under the Will of CHARLES G. HAVENS, Deceased, Respondent, *v.* HAVENS RELIEF FUND SOCIETY et al., Respondents, and HARRIET A. PARMLY et al., Appellants.

(Submitted January 27, 1908; decided January 31, 1908.)

Motion to amend remittitur denied, with ten dollars costs. (See 190 N. Y. 557.)